DODD v. WILSON

No. 247PC

Case below: 46 N.C. App. 601

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 October 1980.

FULLER v. FULLER

No. 375PC

No. 147 (Fall Term)

Case below: 47 N.C. App. 766

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 7 October 1980.

HOLT v. HOLT

No. 404PC

No. 149 (Fall Term)

Case below: 47 N.C. App. 618

Petition by defendants for discretionary review under G.S. 7A-31 allowed 7 October 1980.

IN RE LAMB

No. 409PC

No. 150 (Fall Term)

Case below: 48 N.C. App. 122

Petition by propounders for discretionary review under G.S. 7A-31 allowed 7 October 1980.

INVESTMENT CO. v. GREENE

No. 24PC

Case below: 48 N.C. App. 29

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 7 October 1980.